UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SCHNEIDER,<br><br>        Plaintiff,<br><br>     v.<br><br>CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation; TIFFANY ROSE, an individual; and DOES 1-100, inclusive,<br><br>        Defendants. | No. 2:20-cv-383-TLN-EFB<br><br>ORDER |

     This case, in which plaintiff was proceeding *in propria persona*, was before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On February 27, 2020, attorney Patrick Buelna filed a notice of appearance on behalf of plaintiff. ECF No. 6.

     Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

/////

/////

/////

1

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

DATED: March 2, 2020.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE