1  Michael G Kline (State Bar No. 212758)
   mkline@wshblaw.com
2  **WOOD, SMITH, HENNING & BERMAN LLP**
   1401 Willow Pass Road, Suite 700
3  Concord, California 94520-7982
   Phone: (925) 222-3400 ♦ Fax: (925) 356-8250
4

5

6  Attorneys for Specially Appearing Defendants CUBESMART (*erroneously sued as "CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation"*) and TIFFANY ROSE
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

| | |
|---|---|
| 11 NATHAN SCHNEIDER, | Case No. 2:20-cv-00383-TLN-EFB |
| 12         Plaintiff, | |
| 13     v. | **JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)** |
| 14 CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation; TIFFANY ROSE, an individual; and DOES 1-100, inclusive,, | |
| 15 | |
| 16         Defendants. | |
| 17 | |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

THE PARTIES HEREBY STIPULATE AND AGREE that Defendants CUBESMART (*erroneously sued as "CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation"*) and TIFFANY ROSE, may have until March 27, 2020, to file a responsive pleading to Plaintiff's Complaint. This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties. Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

DATED: February 27, 2020             WOOD, SMITH, HENNING & BERMAN LLP


By: */s/ Michael G. Kline*
 MICHAEL G. KLINE
Attorneys for Specially Appearing Defendants
CUBESMART (*erroneously sued as "CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation"*) and TIFFYANY ROSE

DATED: February 27, 2020             LAW OFFICES OF JOHN BURRIS


By: */s/ Patrick Buelna (Authorized 2/27/20)*
 PATRICK BUELNA
Attorneys for Plaintiff NATHAN SCHNEIDER

**IT IS SO ORDERED**.

DATED: March 3, 2020

 Troy L. Nunley
United States District Judge