JOHN L. BURRIS ESQ., SBN 69888
PATRICK M. BUELNA, ESQ. SBN 317043
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SCHNEIDER, an individual,<br><br>Plaintiff,<br>v.<br><br>CUBESMART SELF STORAGE, et al.<br><br>Defendants. | Case No.: 2:20-cv-00383-TLN-EFB<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiff filed a pro se complaint in the Superior Court of California alleging causes of action that included federal claims;

WHEREAS, Defendants removed the action to the Eastern District of California Federal Court because of the federal questions involved (Doc. #1);

WHEREAS, Plaintiff retained Plaintiff's counsel Patrick Buelna of the John Burris Law Firm to proceed in Federal Court (Doc. #6),

WHEREAS, the underlying incident of the complaint involved County of Sacramento Sheriff deputies and their uses of force and arrest;

WHEREAS, Plaintiff intends to amend his complaint to name the involved County of Sacramento Sheriff deputies and County as deputies, which are necessary parties to resolve the litigation;

WHEREAS, Plaintiff intends to amend his complaint to allege the proper causes of action against County deputies and County, as well as CubeSmart;

WHEREAS, Defendants have not filed an answer yet, which is due March 27, 2020.

WHEREAS, the good cause for granting Plaintiff leave for amendment is to correct the complaint so that the proper claims are alleged against CubeSmart, the necessary parties are named and to remove unnecessary parties in order to avoid filing motions that will waste the court's resources and increase the expenses of litigation.

Therefore, all parties stipulate and respectfully request the Court grant Plaintiff leave to file a First Amended Complaint.

IT IS SO AGREED.

Dated: March 24, 2020            **LAW OFFICES OF JOHN L. BURRIS**

By: */s/Patrick M. Buelna*
PATRICK M. BUELNA
Law Offices of John Burris
Attorney for Plaintiff

Dated: March 24, 2020

By: */s/Michael G. Kline*
MICHAEL G. KLINE
Wood, Smith, Henning & Berman LLP
Attorney for Defendants

**IT IS SO ORDERED.**

DATED: April 1, 2020

Troy L. Nunley<br>
United States District Judge