Michael G Kline (State Bar No. 212758)
mkline@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: (925) 222-3400 ♦ Fax: (925) 356-8250

Attorneys for Defendants, CUBESMART (*erroneously sued as "CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation"*) and TIFFANY ROSE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NATHAN SCHNEIDER,<br><br>    Plaintiff,<br><br>    v.<br><br>CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, *et al.*<br><br>    Defendants. | Case No. 2:20-cv-00383-TLN-JDP<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL [F.R.C.P. 41]**<br><br>The Hon. Troy L. Nunley<br><br><br>Trial Date:          None Set |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff NATHAN SCHNEIDER ("Plaintiff"); Defendants and Cross-Claimants CUBESMART (*erroneously sued as "CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation"*) and TIFFANY ROSE (collectively, "CubeSmart") and Defendants and Cross-Defendants COUNTY OF SACRAMENTO (the "County"); hereby stipulate and voluntarily dismiss all existing and potential claims and cross-claims filed by or against CubeSmart herein, with prejudice, pursuant to those terms and recitations set forth hereinbelow:

/ / /

/ / /

/ / /

## **STIPULATION**

WHEREAS, a dispute has arisen between Plaintiff, CubeSmart and the County (collectively, the "Parties") regarding alleged injuries suffered by Plaintiff while being questioned by police officers employed by the County on July 12, 2019 at 9360 Greenback Lane, Orangevale, CA (the "Incident"); and

WHEREAS, neither CubeSmart defendant spoke with any deputy or law enforcement officer regarding any person, place, thing or any other matter of relevance to the Incident on the night it occurred (July 12, 2019); and

WHEREAS, on or about January 9, 2020, Plaintiff commenced the action *Schneider v. Cubesmart Self Storage, CEO Chrostopher Marr, a corporation, et al.* in Sacramento County Superior Court, Case no. 34-2020-00273191 (the "State Case") against CubeSmart, the County and others; and

WHEREAS, on February 20, 2020, State Case was removed to the United States District Court for the Northern District of California, within Civil Action No. 2:20-cv-00383 (the "Action"); and

WHEREAS, on April 1, 2020, Plaintiff filed his operative First Amended Complaint within the Action against CubeSmart and the County (collectively, "Defendants"), alleging Negligence and False Imprisonment against them (and amongst other individually asserted claims against each of them); and

WHEREAS, on or about April 15, 2020, CubeSmart filed its Answer and Cross-Claims, the latter of which alleged Equitable Indemnity, Total Indemnity, Contribution, Negligence and other claims against the County (the State Case, Action and Cross-Claims are collectively referred to herein as the "Litigation"); and

WHEREAS, the County has not yet filed an Answer to Plaintiff's operative First Amended Complaint (nor any Cross-Claims against CubeSmart) as it continues to await the Court's ruling on its pending Motion to Dismiss Plaintiff's operative First Amended Complaint; and

WHEREAS, the Parties desire to avoid the cost and uncertainty of further legal proceedings with respect to all claims and causes of action asserted herein by or against

-2-
STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL [F.R.C.P. 41]

CubeSmart, both pending and prospective, and without waiver of their respective positions in the Litigation, the Parties have negotiated a confidential settlement of all existing and potential claims and causes of action arising from the Incident and/or related to the Litigation made by or against CubeSmart, based on all of the foregoing.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff NATHAN SCHNEIDER, by and through his undersigned counsel, hereby voluntarily dismisses Defendants CUBESMART (*erroneously sued as "CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation"*) and TIFFANY ROSE, with prejudice; and

2. Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, Cross-Claimants CUBESMART (*erroneously sued as "CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation"*) and TIFFANY ROSE, by and through their undersigned counsel, hereby voluntarily dismiss all Cross-Claims asserted by them herein, including, but not limited to, all Cross-Claims made against Cross-Defendant COUNTY OF SACRAMENTO, with prejudice; and

3. Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, Cross-Defendant COUNTY OF SACRAMENTO, by and through its undersigned counsel, hereby voluntarily releases and dismisses Defendants CUBESMART (*erroneously sued as "CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation"*) and TIFFANY ROSE, with prejudice, from any and all Cross-Claims it may be entitled to assert against either or both of them within the Litigation and/or arising from the Incident.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  January 15, 2021 | PORTER & BUELNA, LLP |
| 2 | | |
| 3 | | By: ___/s/ Patrick Buelna___ |
| 4 | | PATRICK BUELNA |
| 5 | | Attorneys for Plaintiff NATHAN SCHNEIDER |
| 6 | | |
| 7 | DATED:  January 15, 2021 | WOOD, SMITH, HENNING & BERMAN LLP |
| 8 | | |
| 9 | | By: ___/s/ Michael G. Kline___ |
| 10 | | GREGORY P. ARAKAWA<br>MICHAEL G KLINE |
| 11 | | Attorneys for Defendants and Cross-Claimants CUBESMART (*erroneously sued as "CUBESMART SELF STORAGE, CEO CHRISTOPHER MARR, a corporation"*) and TIFFANY ROSE |
| 14 | DATED:  January 15, 2021 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| 17 | | By: ___/s/ W. Christopher Maloney___ |
| 18 | | Carl L. Fessenden<br>W. Christopher Maloney |
| 19 | | Attorneys for Defendant and Cross-Defendant COUNTY OF SACRAMENTO |

-4-
STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL [F.R.C.P. 41]

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.**

Dated: January 19, 2021

Troy L. Nunley
United States District Judge