**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant/Cross-Defendant, COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SCHNEIDER, an individual, | CASE NO. 2:20-CV-00383 TLN-JDP |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISCOVERY AND MOTION DEADLINES** |
| v. | First Amended Complaint Filed: 04/01/2020 |
| COUNTY OF SACRAMENTO, a municipal corporation; CUBESMART SELF STORAGE, a corporation; TIFFANY ROSE, in her individual capacity and as an employee for CUBESMART SLEF STORAGE; and DOES 1-50, INCLUSIVE, | |
| Defendants. | |
| _____/ | |
| CUBESMART, L.P. and TIFFANY ROSE, | |
| Cross-Claimants, | |
| v. | |
| COUNTY OF SACRAMENTO, a municipal corporation; and ROES 1-100, inclusive, | |
| Cross-Defendants. | |

This Stipulation is entered into by and between Plaintiff NATHAN SCHNEIDER ("Plaintiff") and Defendant COUNTY OF SACRAMENTO ("County") (collectively, "the Parties") by and through their respective counsel. The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirement of the Court's initial Pretrial Order (ECF No. 10).

WHEREAS, this case does not currently have a trial date;

WHEREAS, the County's Motion to Dismiss Plaintiff's First Amended Complaint is pending a ruling;

WHEREAS, the Parties have met and conferred and stipulate to set the following deadlines:

| | |
|---|---|
| Last day to complete non-expert discovery: | 1/10/2022 |
| Last day to disclose expert witnesses: | 1/31/2022 |
| Last day to disclose rebuttal experts: | 2/28/2022 |
| Last day to complete expert discovery: | 4/1/2022 |
| Last day to file dispositive motions: | 4/1/2022 |

**IT IS SO STIPULATED.**

Dated: July 7, 2021
PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/Carl L. Fessenden
　　Carl L. Fessenden
　　Suli A. Mastorakos
　　Attorneys for Defendant
　　COUNTY OF SACRAMENTO

**STIPULATION AND ORDER REGARDING DISCOVERY AND MOTION DEADLINES**

| | | |
|---|---|---|
| Dated: July 7, 2021 | | PINTER & BUELNA, LLP |

By  /s/Patrick Buelna (Authorized 6/28/21)
    Patrick Buelna
    Attorneys for Plaintiff
    NATHAN SCHNEIDER

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: July 7, 2021

_____
Troy L. Nunley
United States District Judge