UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SCHNEIDER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | No. 2:20-cv-00383-TLN-JDP<br><br><br><br>**ORDER** |

This matter is before the Court on Defendant County of Sacramento's ("the County") Motion to Dismiss. (ECF No. 35.) Plaintiff Nathan Schneider ("Plaintiff") filed a non-opposition. (ECF No. 37.) For the reasons set forth in the parties' briefing, the Court GRANTS the County's motion. (ECF No. 35.) Plaintiff's *Monell* claim against the County (Claim Three) is DISMISSED. The County's answer is due not later than twenty-one (21) days from the electronic filing date of this Order.

IT IS SO ORDERED.

Date: October 19, 2021

Troy L. Nunley
United States District Judge

1