**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, JOHN SEUBERT, and JOSHUA HARTIN
*Exempt from Filing Fees Pursuant to Government Code § 6103*

**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff
NATHAN SCHNEIDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SCHNEIDER, an individual, | CASE NO. 2:20-CV-00383 TLN-JDP |
| Plaintiff, | **JOINT STIPULATION AND ORDER REGARDING DISCOVERY AND MOTION DEADLINES** |
| v. | |
| COUNTY OF SACRAMENTO, a municipal corporation; JOHN SEUBERT in his individual capacity as a Cunty of Sacramento Deputy Sheriff; JOSHUA HARTIN in his individual capacity as a County of Sacramento Deputy Sheriff; and DOES 3-50, inclusive, | Second Amended Complaint Filed: 07/09/2021<br>First Amended Complaint Filed: 04/01/2020 |
| Defendants. | |
| _____ / | |

1

**STIPULATION AND ORDER REGARDING DISCOVERY AND MOTION DEADLINES**

This Stipulation is entered into by and between Plaintiff NATHAN SCHNEIDER ("Plaintiff") and Defendants COUNTY OF SACRAMENTO, JOHN SEUBERT, and JOSHUA HARTIN ("Defendants") (collectively, "the Parties") by and through their respective counsel.  The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirement of the Court's initial Pretrial Order (ECF No. 10).  The Parties request to continue the expert discovery and dispositive motion deadlines related to this action by three weeks and five weeks, respectively.

WHEREAS, no trial date has been set in this matter;

WHEREAS, the Parties have been diligently pursuing discovery.  The parties have completed written discovery and conducted several depositions.

WHEREAS, the deposition of Plaintiff's expert witness Richard Clark was scheduled to occur on March 16, 2022.  However, Mr. Clark is involved in a two-week trial out of town and will not be available for deposition until after the close of expert discovery on April 1, 2022.

WHEREAS, the dispositive motion deadline is set for April 1, 2022. In order to allow for the completion of expert discovery before dispositive motions are filed, the parties request that deadline also be continued.

WHEREAS, the Parties have met and conferred and agree there is good cause to continue the deadlines to the dates set forth below:

Last day to complete expert discovery:        4/22/2022
Last day to file dispositive motions:         5/06/2022

For the reasons stated above, the parties submit that good cause exists for a further continuance of expert discovery and dispositive motion deadlines in this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  March 23, 2022                By  /s/Carl L. Fessenden
                                          Carl L. Fessenden
                                          Suli A. Mastorakos
                                          Attorneys for Defendants

2

**STIPULATION AND ORDER REGARDING DISCOVERY AND MOTION DEADLINES**

Dated: March 23, 2022                By  /s/ Patrick Buelna (Authorized on 3/23/22)
                                                    Patrick Buelna
                                                    Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: March 23, 2022

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER REGARDING DISCOVERY AND MOTION DEADLINES