1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    NATHAN SCHNEIDER, an individual,

12              Plaintiff,                          No. 2:20-cv-00383-TLN-JDP

13

14         v.                                       **ORDER**

15    COUNTY OF SACRAMENTO, a
      municipal corporation; JOHN SEUBERT
16    in his individual capacity as a Cunty of
      Sacramento Deputy Sheriff; JOSHUA
17    HARTIN in his individual capacity as a
      County of Sacramento Deputy Sheriff; and
18    DOES 3-50,

19              Defendants,

20

21

22         Defendants County of Sacramento, John Seubert, and Joshua Hartin ("Defendants")

23    hereby request that Exhibit F, Exhibit G, and Exhibit I to Defendants' Appendix of Exhibits (ECF

24    No. 46-6) in support of their Motion for Summary Judgement be sealed because of the personal

25    identifiers, including Plaintiff's date of birth.  Defendants seek to have the further redacted

26    version of the records replace the unredacted version of ECF 46-6, Exhibit F, Exhibit G, and

27    Exhibit I which were attached to the filing.

28

                                                 1

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1.      Defendants' request to seal Exhibit F, Exhibit G, and Exhibit I to Defendants' Appendix of Exhibits in support of their Motion for Summary Judgment (ECF No. 46-6) is hereby GRANTED.

2.      Defendants' further redacted version of ECF No. 46-6, Exhibit F, Exhibit G, and Exhibit I, which remove Plaintiff's date of birth, and which have been sent to the Court and Plaintiff's counsel, will serve as the substitute/replacement for ECF No. 46-6, Exhibit F, Exhibit G, and Exhibit I, filed on May 6, 2022.

IT IS SO ORDERED.

DATED:  May 25, 2022

_____
Troy L. Nunley
United States District Judge

2