**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, JOHN SEUBERT, and JOSHUA HARTIN
*Exempt from Filing Fees Pursuant to Government Code § 6103*

Adante D. Pointer, SBN 236229
Patrick M. Buelna, SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email:  APointer@LawyersFTP.com
Email:  PBuelna@LawyersFTP.com

Attorneys for Plaintiff
NATHAN SCHNEIDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SCHNEIDER, an individual, | CASE NO.  2:20-CV-00383 TLN-JDP |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE** |
| v. | |
| COUNTY OF SACRAMENTO, a municipal corporation; JOHN SEUBERT in his individual capacity as a Cunty of Sacramento Deputy Sheriff; JOSHUA HARTIN in his individual capacity as a County of Sacramento Deputy Sheriff; and DOES 3-50, inclusive, | Second Amended Complaint Filed: 07/09/2021
First Amended Complaint Filed:  04/01/2020 |
| Defendants. | |
| / | |

1

**STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties have met and conferred and have agreed to participate in a Settlement Conference with Magistrate Judge Kendall J. Newman. The parties have contacted the clerk for Magistrate Newman who has advised there is an available date of December 8, 2022, at 9:00 a.m.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference; and

2. That the Settlement Conference be scheduled for December 8, 2022, at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: August 11, 2022        PORTER SCOTT
                              A PROFESSIONAL CORPORATION

                              By  /s/Carl L. Fessenden
                                  Carl L. Fessenden
                                  Suli A. Mastorakos
                                  Attorneys for Defendants

Dated: August 11, 2022        POINTER & BUELNA, LLP
                              LAWYERS FOR THE PEOPLE

                              By  /s/Patrick m. Buelna (Authorized on 8/10/22)
                                  Adante D. Pointer
                                  Patrick M. Buelna
                                  Attorneys for Plaintiff

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for a Settlement Conference and finding good cause therefore, hereby approves:

1. That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on December 8, 2022, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  August 11, 2022

Troy L. Nunley
United States District Judge